UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 20-12914
TONIECE M. ANDERSON,  )
)
)  Chapter: 13
)
)  Honorable LaShonda Hunt
)
)  Joliet
Debtor(s)  )

**ORDER SUSTAINING OBJECTION TO CLAIM NO. 2**
**(INTERNAL REVENUE SERVICE)**

THIS MATTER coming to be heard upon the Debtor's Objection to Claim, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED:

1) Claim No. 2 by the Internal Revenue Service is disallowed as to tax years 2017 and 2019 in the amount of $12,442.69 Unsecured Priority and replaced with $5,720.00 Unsecured Priority.

2) The claim totals are as follows:  Secured: $14,931.60 (as filed by the IRS), Unsecured General $4,300.40 (as filed by the IRS) and Unsecured Priority $5,760.19 (amended amount).

Enter:

*LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  October 23, 2020

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847-520-8100
davidsiegelbk@gmail.com