UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 20-12914
)
Toniece Anderson, ) Chapter: 13
) Honorable LaShonda Hunt
) Joliet
)
Debtor(s) )

**ORDER GRANTING MOTION FOR LEAVE TO REFINANCE DEBT**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, due notice having been given to all parties entitled thereto:

It is ORDERED:

1. The motion is GRANTED.

2. Debtor is granted leave to refinance the debt on the real property located at 561 Pinebrook Drive, Bolingbrook, IL.

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: August 06, 2021

**Prepared by:**

John J. Ellmann
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100